Seth D. Needs (U.S.B. No. 15338)
seth@utahadvocacygroup.org
**UTAH ADVOCACY GROUP, PC**
10808 S River Front Pkwy
Suite 3088
South Jordan, Utah 84095
Telephone: (801) 885-4075
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| LYNDA PIPKIN; JANICE LEGLER; ROBERT MCENTEE; and ELIZABETH CARLIN,<br><br>Plaintiffs,<br>vs.<br><br>DARYL ACUMEN and GILES WITHERSPOON,<br><br>Defendants. | **STIPULATION OF DISMISSAL OF PLAINTIFF JANICE LEGLER'S CLAIMS AGAINST DEFENDANTS**<br><br>Case No. 1:18-CV-00113-HCN-PMW<br><br>Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge: Paul M. Warner |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiffs Lynda Pipkin, Janice Legler, Robert McEntee, and Elizabeth Carlin (collectively "Plaintiffs") and Defendants Daryl Acumen and Giles Witherspoon (collectively "Defendants"), that Plaintiff Janice Legler's claims against Defendants in the above captioned case shall be dismissed with prejudice. All parties also stipulate to the dismissal of the Sixth and Seventh Causes of Actions in the Amended Complaint. Each party will bear their own legal fees and costs as to the claims dismissed in this stipulation.

DATED this 8th day of July 2019.

**UTAH ADVOCACY GROUP, PC**

/s/ Seth D. Needs
*Attorney for Plaintiffs*

**CLYDE SNOW & SESSIONS, P.C.**

/s/Katherine E. Pepin
(Electronically signed with permission)
Walter A. Romney, Jr.
Katherine E. Pepin
*Attorneys for Giles Witherspoon*

**CHRISTENSEN & JENSEN, P.C.**

/s/Todd Weither
(Electronically signed with permission)
Todd Weiler
*Attorney for Daryl Acumen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL OF PLAINITFF JANICE LEGLER'S CLAIMS AGAINST DEFENDANTS** to be served via efiling on the following:


Walter A. Romney, Jr.
Katherine E. Pepin
CLYDE SNOW & SESSIONS, P.C.
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2216
war@clydesonw.com
kep@clydesnow.com


Todd Weiler
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
todd.weiler@chrisjen.com

                /s/ Seth D. Needs
                Attorney