Walter A. Romney, Jr. (#7975)
Katherine E. Pepin (#16925)
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111-2216
Telephone: (801) 322-2516
Email: war@clydesnow.com
        kep@clydesnow.com

*Attorneys for Giles Witherspoon-Boyd*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LYNDA PIPKIN, JANICE LEGLER, ROBERT MCENTEE, and ELIZABETH CARLIN,**<br><br>Plaintiffs,<br><br>v.<br><br>**DARYL ACUMEN and GILES WITHERSPOON,**<br><br>Defendants. | **RESPONSE TO PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANT GILES WITHERSPOON'S RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS**<br><br>Case No. 1:18-CV-00113-RJS<br><br>Judge Howard C. Nielson<br>Magistrate Judge Paul M. Warner |

In Plaintiffs' Short Form Discovery Motion to Compel Defendant Giles Witherspoon's Responses to Plaintiff's Discovery Requests (the "Short Form Motion"), Plaintiffs contend that they are entitled to discovery of highly sensitive and confidential information regarding Giles Witherspoon-Boyd's ("Witherspoon-Boyd") net worth and financial condition merely because they have requested punitive damages in their complaint.

However, Plaintiffs are not entitled to this information because they have failed to attempt to establish a *prima facie* case on the issue of punitive damages. *See James v. Heuberger Motors, Inc.*, 2011 WL 334473, at * 3 (D. Colo. Jan 28, 2011) (holding that "it is most appropriate to allow discovery of financial information upon a prima facie showing that a plaintiff will be entitled to punitive damages should he or she succeed on the merits of his or her claim.").

It is clear that punitive damages are limited to cases where the defendant's conduct is outrageous, owing to gross negligence, demonstrates a willful, wanton, and reckless indifference for the rights of others, or demonstrates "behavior even more deplorable." *See Exxon Shipping Co. v. Baker*, 554 U.S. 471, 493 (2008). In this case, Plaintiffs have failed to even allege in their Amended Complaint, let alone sufficiently establish, that Witherspoon-Boyd's conduct rises to the level of conduct that warrants punitive damages. Therefore, Plaintiffs are not entitled to discovery of Witherspoon-Boyd's net worth and financial condition.

Moreover, Plaintiffs' requests regarding Witherspoon-Boyd's financial condition and net worth are unduly burdensome and overly broad.  The disputed interrogatories and document requests failed to define the word "current", and thus failed to provide an actual limit as to time and scope of the requests. *See* Exhibit B to the Short Form Motion. In addition, Plaintiffs requested "any and all documents" that fully demonstrate Witherspoon-Boyd's current net worth. *See id*. This request is overbroad and unnecessary to determine Witherspoon-Boyd's present financial condition. Witherspoon-Boyd is an individual and not a corporation. As such, any information pertaining to his financial condition and net worth can be obtained through simple questions to Witherspoon-Boyd about his current financial status at trial, if necessary, once the Court has determined that punitive damages are appropriate.  Until that point, such requests seek only to

harass and embarrass Witherspoon-Boyd.  Discovery of "any and all" documents that demonstrate Witherspoon-Boyd's net worth is unduly burdensome and unnecessary.

Based upon the foregoing, Plaintiffs' are not entitled to information regarding Witherspoon-Boyd's financial condition and net worth. Therefore, Plaintiffs' Short Form Motion should be denied.

DATED this 23rd day of December, 2019.

CLYDE SNOW & SESSIONS

/s/ Walter A. Romney, Jr.
Walter A. Romney, Jr.
Katherine E. Pepin
*Attorneys for Defendant Giles Witherspoon-Boyd*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2019, a true and correct copy of the foregoing **RESPONSE TO PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANT GILES WITHERSPOON'S RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS** was sent via E-Mail to the following:

Seth D. Needs
UTAH ADVOCACY GROUP
10808 S. River Front Parkway, Suite 3088
South Jordan, UT 84095
Attorneys for Plaintiffs

Todd Weiler
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Attorneys for Defendant Daryl Acumen

                                                  */s/ Marsha Mann*