Seth D. Needs (U.S.B. No. 15338)
seth@utahadvocacygroup.org
**UTAH ADVOCACY GROUP, PC**
10808 S River Front Pkwy
Suite 3088
South Jordan, Utah 84095
Telephone: (801) 885-4075
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| LYNDA PIPKIN; ROBERT MCENTEE; and ELIZABETH CARLIN,<br><br>Plaintiffs,<br>vs.<br><br>DARYL ACUMEN and GILES WITHERSPOON,<br><br>Defendants. | **PLAINTIFFS' EXPERT LIST DISCLOSED TO DEFENDANTS**<br><br>Case No. 1:18-CV-00113-HCN-PMW<br><br>Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge: Paul M. Warner |

Pursuant to DUCivR 26-1(b)(1)(A)(i) and Fed. R. Civ. P. 26(a)(2), Plaintiffs Lynda Pipkin, Robert McEntee, and Elizabeth Carlin, by and through counsel of record, hereby submit the following expert list disclosed to Defendants Giles Witherspoon and Daryl Acumen on February 5, 2020:

      1.      **Ryan Byrd. Chief Technology Officer at Entrata, Inc.** Mr. Byrd's subject of expertise is in the field of data and network security, and he has prepared an expert report as to Plaintiffs' wiretap claims (the unlawful interception of electronic communication).

Plaintiffs reserve the right to supplement this list with additional experts, including rebuttal experts, disclosed to Defendants pursuant to Fed. R. Civ. P. 26(a)(2)(D) and (E).

DATED: February 5, 2020.

**UTAH ADVOCACY GROUP, PC**

/s/ Seth D. Needs
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2020, I caused a true and correct copy of the foregoing **PLAINTIFFS' EXPERT LIST DISCLOSED TO DEFENDANTS** to be served via email on the following:

Walter A. Romney, Jr.
Katherine E. Pepin
CLYDE SNOW & SESSIONS, P.C.
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111-2216
war@clydesonw.com
kep@clydesnow.com

Todd Weiler
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
todd.weiler@chrisjen.com

                        /s/ Seth D. Needs
                        Attorney